FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 6 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick Smith,<br><br>    Plaintiff,<br><br>vs.<br><br>United States Veterans Administration<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 00-1081 PHX EHC |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this Court having dismissed without prejudice the Plaintiff's request for medical records; Plaintiff take nothing. This complaint and action are hereby dismissed.

October 16, 2000
Date

RICHARD H. WEARE
District Court Executive/Clerk

(By) Deputy Clerk

cc: (all counsel)

